| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 5/8/2023 |
| ILIANA LOPEZ, *on behalf of herself and all others similarly situated*,<br><br>                    Plaintiff,<br><br>          -against-<br><br>LENSBABY, INC.,<br><br>                    Defendant. | 1:23-cv-1954 (MKV)<br><br>ORDER OF DISMISSAL |

**MARY KAY VYSKOCIL, United States District Judge:**

      The Court is in receipt of a letter from the defendant stating that the parties have reached a settlement in principle [ECF No. 9]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by June 8, 2023. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: May 8, 2023
       New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**